IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

HEIDI M. FITZER,

    Plaintiff,                      No. Civ. S-05-2472 DFL GGH

  v.                              <u>RECUSAL ORDER</u>

CHEVRON CORPORATION, et al.,

    Defendant.

_____/

    Upon examination of the above-captioned action, the under-signed judge disqualifies himself.

    Good cause appearing therefor,

    IT IS HEREBY ORDERED that the undersigned recuses himself as the judge for the above-captioned case.

    IT IS FURTHER ORDERED that the Clerk of the Court reassign this case to another judge for all further proceedings and that

1

1 the Clerk of the Court make appropriate adjustment in the
2 assignment of civil cases to compensate for this reassignment.
3      IT IS SO ORDERED.
4 DATED: 12/13/2005

_____
DAVID F. LEVI
United States District Judge