IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| HEIDI M. FITZER, | ) | |
| | ) | 2:05-cv-2472-GEB-GGH |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| CHEVRON CORPORATION, and | ) | |
| BUCK BUCHANAN, | ) | |
| | ) | |
| Defendants. | ) | |

On February 10, 2006, Defendants filed a Motion to Dismiss this action "on the grounds that another action is pending in this Court, Heidi M. Fitzer v. Chevron Corporation and Arlene Gaona, No. 2:05-cv-00507-GEB-GGH (Fitzer I), between the same parties or those in privity, arising out of the same transactional nucleus of alleged facts . . . ." (Defs.' Am. Notice of Mot. at 1.) Plaintiff filed an Opposition to the motion on February 21, 2006, arguing "the motion [to dismiss] is premature because there is no final judgment in [Fitzer I]." (Pl.'s Opp'n at 1.) However, on February 27, 2006, an Order was filed in Fitzer I granting summary judgment on all the federal claims and dismissing the remaining state claims without prejudice. (Order, No. 2:05-cv-00507, Feb. 27, 2006.)

1

On March 3, 2006, Defendants filed a Reply and a Supplemental Brief in support of their Motion to Dismiss, in which they raise new arguments that should be the subject of a noticed motion. Since these new arguments reveal it is unnecessary to decide the pending motion, Defendants' Motion to Dismiss which was filed February 10, 2006, is deemed withdrawn.

IT IS SO ORDERED.

Dated: March 9, 2006

/s/ Garland E. Burrell, Jr.
GARLAND E. BURRELL, JR.
United States District Judge

2